**92**

**Shirley BELL**

v.

**NATIONAL GRANGE MUTUAL INSURANCE COMPANY.**

**No. 80–96–A.**

Supreme Court of Rhode Island.

June 12, 1980.

John E. Graham III, Providence, for plaintiff.

McOsker, Isserlis & Davignon, Gerald P. McOsker, Providence, for defendant.

ORDER

The defendant's motion to dismiss this appeal for failure of plaintiff to file a brief is granted, provided, however, that if plaintiff shall file her brief on or before August 1, 1980, this appeal shall be automatically reinstated.

WEISBERGER, J., did not participate.

**BLACKSTONE VALLEY CHAMBER OF COMMERCE et al.**

v.

**PUBLIC UTILITIES COMMISSION.**

**No. 80–236–M.P.**

Supreme Court of Rhode Island.

June 12, 1980.

James F. McCoy, Pawtucket, for petitioners.

Carl Freedman, Rhode Island Legal Services, Inc., Providence, for Intervenor Coalition for Consumer Justice.

ORDER

The motion of the Coalition for Consumer Justice to dismiss the petition for certiorari is denied without prejudice to its right to renew said motion at oral argument.

WEISBERGER, J., did not participate.

**Violet M. CAVANAGH**

v.

**Robert D. CAVANAGH.**

**No. 79–17–A.**

Supreme Court of Rhode Island.

June 12, 1980.

John H. Hines, Jr., Providence, for petitioner.

Robert D. Cavanagh, pro se.

ORDER

The petitioner's motion to dismiss this appeal for failure of respondent to file his brief is granted, provided, however, that if respondent shall file his brief on or before August 15, 1980, this appeal shall be automatically reinstated.

WEISBERGER, J., did not participate.